No. 81-1259. WESTERN MARYLAND RAILWAY CO. *v.* ROSE, TAX COMMISSIONER OF WEST VIRGINIA; and

No. 81-1267. UNION-MECHLING CORP. *v.* ROSE, TAX COMMISSIONER OF WEST VIRGINIA. Appeals from Sup. Ct. App. W. Va. dismissed for want of substantial federal question. JUSTICE WHITE and JUSTICE POWELL would note probable jurisdiction and set cases for oral argument. Reported below: —— W. Va. ——, 282 S. E. 2d 240.

No. 81-1671. AU *v.* KELLY ET AL., TRUSTEES, DBA FINANCIAL PLAZA OF THE PACIFIC. Appeal from Int. Ct. App. Haw. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81-1753. BALASH *v.* NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM ET AL. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81-1681. JACOB BROTHERS, INC., ET AL. *v.* DELEON. Appeal from App. Sess., Super. Ct. Conn., dismissed for want of substantial federal question.

No. 80-2117. LOCAL UNION NO. 84, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pullman-Standard* v. *Swint, ante,* p. 273.